**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CONVERSE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-01843-MTS |
| | ) | |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Converse, Inc. ("Converse")'s Motion to Extend the Sealed Temporary Restraining Order Pursuant to Federal Rule of Civil Procedure 65(b)(2). Doc. [28]. The Court finds that Converse has demonstrated good cause to grant the Motion because notifying the Defendants of this lawsuit before the relevant funds are frozen would allow the Defendants to move their funds offshore and avoid liability for their counterfeiting activities. *Id.* at 2.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Converse, Inc.'s Motion to Extend the Sealed Temporary Restraining Order, Doc. [28], is **GRANTED**.

**IT IS FURTHER ORDERED** that the Sealed Temporary Restraining Order, Doc. [28], is **EXTENDED** for an additional period of fourteen (14) days and will expire on Monday, January 26, 2026. *See* Fed. R. Civ. P. 65(b)(2).

Signed this 12th day of January 2026, at 1:15 p.m.

_____
**MATTHEW T. SCHELP**
**UNITED STATES DISTRICT JUDGE**