UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:25-cv-01843-MTS |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Converse, Inc.'s Motion for Preliminary Injunction. Doc. [30]. Plaintiff filed the Motion today, January 26, 2026, the final day that the Court's extended temporary restraining order is in effect. *See* Doc. [29]; *see also* Fed. R. Civ. P. 65(b)(2). In the instant Motion, Plaintiff requests that, if the Court "does not rule on this Motion before the current TRO expiration [in mere hours]," Doc. [30] at 1; *but see* E.D. Mo. L.R. 4.01(B) (providing that a party opposing a motion has fourteen days to respond to it); *In re Sac & Fox Tribe of Miss. in Iowa/Meskwaki Casino Litig.*, 340 F.3d 749, 765 (8th Cir. 2003) (noting the "issuance of a preliminary injunction requires reasonable notice and a chance for the respondent party to prepare and respond"), then Plaintiff also "seeks to extend the TRO to maintain the status quo until there is a ruling on Converse's Motion for Entry of a Preliminary Injunction," Doc. [30] at 1.

Despite Plaintiff's seemingly unnecessary delay, the Court finds that Plaintiff indeed has demonstrated good cause to extend the Court's previous injunctive relief. *See See H-D Michigan, LLC v. Hellenic Duty Free Shops S.A.*, 694 F.3d 827, 845 (7th Cir. 2012). Plaintiff's filings demonstrate that not doing so would allow the Defendants to move their funds offshore and avoid liability for their counterfeiting activities. *See MeccaTech, Inc. v. Kiser*, 8:05-cv-0570-LSC, 2008 WL 934366, at *4 (D. Neb. Apr. 1, 2008) (finding injunctive relief appropriate, in part, when it ensures "that defendants do not fraudulently or otherwise transfer assets during litigation to circumvent recovery by a wronged plaintiff").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Converse, Inc.'s Motion for Preliminary Injunction, Doc. [30], is **GRANTED in part** in that the injunction previously entered by the court is **EXTENDED** pending a ruling on the remainder of Plaintiff's Motion for Preliminary Injunction.

Signed this 26th day of January 2026, at 8:38 p.m.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE